668

Attorney General of New York, for respondent. *Miss Dorothy Kenyon* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petitioners.

No. 1008. McDonald et al. *v.* Banta Carbona Irrigation District. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Mr. A. L. Cowell* for respondent.

No. 1022. Green *v.* McLaren, Major, United States Army. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Warren Eldreth Green, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 1023. Milk & Ice Cream Drivers and Dairy Employees Union, Local No. 225, et al. *v.* Wisconsin Employment Relations Board et al. April 13, 1942. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs. Joseph A. Padway* and *I. E. Goldberg* for petitioners. *Messrs. James Ward Rector,* Deputy Attorney General of Wisconsin, and *N. S. Boardman,* Assistant Attorney General, for respondents.

No. 1056. Chestnut Securities Co. *v.* Oklahoma Tax Commission. April 13, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Richard B. McDermott* for petitioner.